# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143839(66)

AARON RICHARD,
        Plaintiff-Appellee,

v

                                      SC: 143839
                                        COA: 297353

SCHNEIDERMAN & SHERMAN, P.C.,
        Defendant-Appellee,
and
                                        Wayne CC: 10-000273-CZ

GMAC MORTGAGE, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,
INC.,
        Defendants-Appellants.
_____/

      On order of the Court, the motion for reconsideration of this Court's January 30, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012                                             _____

d0514                                                    Clerk